UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7226

ZACHARY COOPER, SR.,

Plaintiff – Appellant,

v.

J. DOOLEY, Counselor; CORDLE, Counselor; D. VASS, Treatment Program Supervisor; K. PRICE, Human Rights Advocate; K. L. PICKEREL, Former Assistant Warden; R. C. MATHENA, Warden; C. PARR, Human Rights Advocate Senior; W. L. HUFFMAN, Former Regional Director; J. GARMAN, Regional Director; GENE JOHNSON, Director,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Glen E. Conrad, Chief District Judge.  (7:10-cv-00290-gec-mfu)

Submitted:  February 22, 2011          Decided:  March 15, 2011

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Zachary Cooper, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zachary Cooper, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cooper v. Dooley, No. 7:10-cv-00290-gec-mfu (W.D. Va. July 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2